**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy 12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Stuart<br>First name<br>A.<br>Middle name<br>Schlesinger<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 1 9 8 6<br>OR<br>9 xx – xx –____ ___ ___ ___ | xxx – xx –____ ___ ___ ___<br>OR<br>9 xx – xx –____ ___ ___ ___ |

Debtor 1    Stuart A. Schlesinger

| First Name | Middle Name | Last Name | Case number (if known) |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |

**4. Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

**5. Where you live**

501 East 87th Street
Number    Street

Apt. 12G

New York            NY    10128
City                State    ZIP Code

New York County
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                State    ZIP Code

**If Debtor 2 lives at a different address:**

Number    Street

City                State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number    Street

P.O. Box

City                State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | Stuart A. Schlesinger | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

☐ No.  Go to line 12.
☑ Yes.  Has your landlord obtained an eviction judgment against you?

    ☑ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   Stuart A. Schlesinger
          First Name   Middle Name   Last Name

Case number (if known)_____

---

**Part 3:   Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                          State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

---

**Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

Debtor 1    Stuart A. Schlesinger
            _____
            First Name    Middle Name    Last Name

Case number (if known)_____

---

**Part 5:**   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Stuart A. Schlesinger | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 6:**   **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:**   **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Stuart A. Schlesinger  *Stuart A Schlesinger*  ✖ _____
Signature of Debtor 1                                                    Signature of Debtor 2

Executed on   01/24/2023                                       Executed on _____
                  MM  / DD  / YYYY                                                     MM / DD / YYYY

Debtor 1    Stuart A. Schlesinger
_____    Case number (if known) _____
            First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ /s/ Douglas Pick

_____    Date    01/24/2023
Signature of Attorney for Debtor                    _____
                                MM / DD / YYYY

Douglas Pick
_____
Printed name

Pick & Zabicki LLP
_____
Firm name

369 Lexington Avenue
_____
Number    Street

12th Floor
_____

New York City                    NY        10017
_____        _____    _____
City                            State    ZIP Code

Contact phone  (212) 695-6000        Email address  dpick@picklaw.net
_____            _____

1743996                    NY
_____        _____
Bar number                State

**Fill in this information to identify your case:**

Debtor 1     Stuart A. Schlesinger
             First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name            Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number
(If known)

☐ Check if this is an
   amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
                                                                        12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  | | | Unsecured claim |
|---|---|---|---|

**1**

Lawyer's Fund for Client Protection
Creditor's Name

119 Washington Avenue
Number      Street

Albany              NY    12210
City                State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $ 4,702,119.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
              Value of security:            – $_____
              Unsecured claim                $_____

**2**

Ralph Lauren
Creditor's Name

650 Madison Avenue
Number      Street

New York            NY    10022
City                State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $ 1,000,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
              Value of security:            – $_____
              Unsecured claim                $_____

Debtor 1  Stuart A. Schlesinger
First Name    Middle Name    Last Name

Case number (if known)_____

**Unsecured claim**

---

**3** | Steven Roth
Creditor's Name

888 Seventh Avenue
Number    Street

New York              NY    10019
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $250,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    $_____
  - Unsecured claim    $_____

---

**4** | Fred Schwalbe
Creditor's Name

14 East 75th Street
Number    Street

New York              NY    10021
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $243,750.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    $_____
  - Unsecured claim    $_____

---

**5** | Sheldon Schiff
Creditor's Name

280 Pepperidge Road
Number    Street

Hewlett              NY    11557
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $150,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    $_____
  - Unsecured claim    $_____

---

**6** | Estate of Stephen Markelson
Creditor's Name

45 Central Park West
Number    Street

New York              NY    10023
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $125,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    $_____
  - Unsecured claim    $_____

---

**7** | Mark Perlbinder
Creditor's Name

635 Daniels Lane
Number    Street

Sagaponack              NY    11962
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $100,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    $_____
  - Unsecured claim    $_____

---

Debtor 1    Stuart A. Schlesinger
           First Name    Middle Name    Last Name

Case number *(if known)*_____

|  | | Unsecured claim |
|---|---|---|

**8**  Marc Packer
Creditor's Name

82 Rose Hill Road
Number        Street

Water Mill            NY    11976
City                 State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
          Value of security:  − $_____
          Unsecured claim        $_____

$ 100,000.00

---

**9**  Howard Slonim
Creditor's Name

225 E. 73rd Street
Number        Street

New York             NY  10021
City                 State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
          Value of security:  − $_____
          Unsecured claim        $_____

$ 79,050.00

---

**10**  Stephen Lefkowitz
Creditor's Name

530 LaGuardia Place
Number        Street

New York             NY    10012
City                 State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
          Value of security:  − $_____
          Unsecured claim        $_____

$ 75,000.00

---

**11**  Steve Tzolis
Creditor's Name

c/o Il Cantinori
Number        Street

32 East 10th Street

New York             NY    10003
City                 State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
          Value of security:  − $_____
          Unsecured claim        $_____

$ 75,000.00

---

**12**  William Mack
Creditor's Name

60 Columbus Circle
Number        Street

New York             NY    10019
City                 State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
          Value of security:  − $_____
          Unsecured claim        $_____

$ 50,000.00

---

Debtor 1    Stuart A. Schlesinger
_____
First Name    Middle Name    Last Name

Case number *(if known)*_____

**Unsecured claim**

**13** _____
Creditor's Name

_____
Number         Street

_____

_____
City            State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    − $_____
            Unsecured claim    $_____

**14** _____
Creditor's Name

_____
Number         Street

_____

_____
City            State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    − $_____
            Unsecured claim    $_____

**15** _____
Creditor's Name

_____
Number         Street

_____

_____
City            State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    − $_____
            Unsecured claim    $_____

**16** _____
Creditor's Name

_____
Number         Street

_____

_____
City            State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    − $_____
            Unsecured claim    $_____

**17** _____
Creditor's Name

_____
Number         Street

_____

_____
City            State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    − $_____
            Unsecured claim    $_____

Debtor 1    Stuart A. Schlesinger

First Name        Middle Name        Last Name

Case number (if known)_____

Unsecured claim

| 18 | | What is the nature of the claim? _____ | $_____ |

Creditor's Name

Number        Street

_____

City                State        ZIP Code

Contact

Contact phone _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  -    Value of security:    −    $_____
  -    Unsecured claim    $_____

| 19 | | What is the nature of the claim? _____ | $_____ |

Creditor's Name

Number        Street

_____

City                State        ZIP Code

Contact

Contact phone _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  -    Value of security:    −    $_____
  -    Unsecured claim    $_____

| 20 | | What is the nature of the claim? _____ | $_____ |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Creditor's Name

Number        Street

_____

City                State        ZIP Code

Contact

Contact phone _____

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  -    Value of security:    −    $_____
  -    Unsecured claim    $_____

| Debtor 1 | Stuart A. Schlesinger | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✖ /s/ Stuart A. Schlesinger ✖ _____
Signature of Debtor 1                              Signature of Debtor 2

Date 01/24/2023                            Date 01/24/2023
MM / DD / YYYY                            MM / DD / YYYY

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Stuart A. Schlesinger<br>First Name      Middle Name      Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name      Middle Name      Last Name</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Southern District of New York</td></tr>
<tr><td>Case number<br>(If known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
**Value of what you own**

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*.......................................... $8,000,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ............................. $32,300.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ...................................... $8,032,300.00

### Part 2:   Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $21,867,030.21

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................. $0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................ + $7,949,919.00

   **Your total liabilities**    $29,816,949.21

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................. $4,155.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ...................................................... $5,265.00

Debtor 1    **Stuart Schlesinger**                                          Case number (if known)_____

First Name       Middle Name       Last Name

---

## Part 4:    Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."* 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

**9. Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F*, **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Stuart A. Schlesinger |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the:  Southern District of New York

Case number
(if know) _____

☐ Check if this is
an amended
filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1  186 Dune Road
___Street address, if available, or other description___

_____

Quogue NY    11959
City    State    ZIP Code

_____

Suffolk County
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ 15,000,000.00    $ 7,500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy by the Entireties

☐ Check if this is community property

1.2  189 Dune Road
___Street address, if available, or other description___

_____

Quogue NY    11959
City    State    ZIP Code

_____

Suffolk County
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ 1,000,000.00    $ 500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy by the Entireties

☐ Check if this is community property

Debtor 1    Stuart A. Schlesinger                         Case number *(if known)* _____
_____
First Name    Middle Name    Last Name

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................................................➤ | $ 8,000,000.00

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☑ No
   - ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................................................➤ | $ 0.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe...

   | Household goods and furnishings ($20,000 Quogue - $1,000 NYC) | $ 21,000.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe...

   | Stereo equipment | $ 500.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☐ No
   - ☑ Yes. Describe...

   | Paintings | $ 10,000.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☑ No
   - ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☑ No
    - ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☑ Yes. Describe...

    | Wardrobe | $ 200.00

Debtor 1    Stuart A. Schlesinger
              First Name    Middle Name    Last Name                    Case number *(if known)* _____

12. **Jewelry**

   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
                gold, silver

   ☐ No
   ☑ Yes. Describe...

   | Wedding band | $ 500.00 |

13. **Non-farm animals**

   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages
    you have attached for Part 3. Write that number here**.................................................................................➤    $32,200.00

---

**Part 4:    Describe Your Financial Assets**

---

Do you own or have any legal or equitable interest in any of the following?    **Current value of the
                                                                                portion you own?**
                                                                                Do not deduct secured
                                                                                claims or exemptions.

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes...........................................................................................................    Cash ...........................    $ 100.00

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
                and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☑ No
   ☐ Yes...................

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes...................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in
    an LLC, partnership, and joint venture**

   ☑ No
   ☐ Yes. Give specific information about them...........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
   Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

   ☑ No
   ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No
   ☐ Yes. List each account separately

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
                companies, or others

   ☑ No
   ☐ Yes...................

Debtor 1    <u>Stuart A. Schlesinger</u>    Case number*(if known)* _____
First Name    Middle Name    Last Name

---

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  | | |
|---|---|---|
|  | Federal: | $ 0.00 |
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Give specific information....

| Interest in uncollected accounts receivable of Julien & Schlesinger, P.C. | $ Unknown |
|---|---|

Debtor 1   Stuart A. Schlesinger
<u>First Name</u>   <u>Middle Name</u>   <u>Last Name</u>   Case number *(if known)* _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................► | $ 100.00

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ................................................► | $ 0.00

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2**.................................................................................................► | $ 8,000,000.00

56. **Part 2: Total vehicles, line 5**  | $ 0.00

57. **Part 3: Total personal and household items, line 15**  | $ 32,200.00

58. **Part 4: Total financial assets, line 36**  | $ 100.00

59. **Part 5: Total business-related property, line 45**  | $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  | $ 0.00

61. **Part 7: Total other property not listed, line 54**  | + $ 0.00

62. **Total personal property. Add lines 56 through 61** ................... | $ 32,300.00 | Copy personal property total► | + $ 32,300.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62** | | | $ 8,032,300.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Stuart A. Schlesinger | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of New York

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  186 Dune Road<br><br>Line from *Schedule A/B*:  1.1 | $ 7,500,000.00 | ☑ $ 179,975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5206 (a) |
| Brief description:  Household Goods - Household goods and furnishings ($20,000 Quogue - $1,000 NYC)<br><br>Line from *Schedule A/B*:  6 | $ 21,000.00 | ☑ $ 21,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205 |
| Brief description:  Electronics - Stereo equipment<br><br>Line from *Schedule A/B*:  7 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes

Debtor    **Stuart A. Schlesinger**
First Name    Middle Name    Last Name

Case number (*if known*)_____

---

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Collectibles Of Value - Paintings<br>Brief description:<br>Line from *Schedule A/B*:  8 | $ 10,000.00 | ☑ $ 675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205 |
| Clothing - Wardrobe<br>Brief description:<br>Line from *Schedule A/B*:  11 | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205(a)(5) |
| Jewelry - Wedding band<br>Brief description:<br>Line from *Schedule A/B*:  12 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205 |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Stuart A. Schlesinger
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number
(if know)

☐ Check if this is
   an amended
   filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion If any |
|---|---|---|---|
| **2.1** Describe the property that secures the claim: | $ 75,645.80 | $ 16,000,000.00 | $ 0.00 |

**Adam Gana**
Creditor's Name
**21 South End Avenue**
Number    Street
**Apt. 425**

**New York NY    10280**
City    State    ZIP Code

186 & 189 Dune Road, Quogue, NY - $16,000,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or
   secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

Debtor    Stuart A. Schlesinger                                      Case number*(if known)* _____
          First Name    Middle Name    Last Name

| 2.2 | |

Describe the property that secures the claim: $ 709,641.30    $ 16,000,000.00    $ 0.00

Dept. of Treasury - IRS
Creditor's Name

P.O. Box 7346
Number    Street

Philadelphia PA    19101
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 Federal Tax Lien #LFED00029452 |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.3 | |

Describe the property that secures the claim: $ 42,681.31    $ 16,000,000.00    $ 0.00

Dept. of Treasury - IRS
Creditor's Name

P.O. Box 7346
Number    Street

Philadelphia PA    19101
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 Federal Tax Lien #LFED00022803 |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.4 | |

Describe the property that secures the claim: $ 191,320.40    $ 16,000,000.00    $ 0.00

Dept. of Treasury - IRS
Creditor's Name

P.O. Box 7346
Number    Street

Philadelphia PA    19101
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 Federal Tax Lien #LFED00024563 |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

Debtor    Stuart A. Schlesinger
              First Name    Middle Name    Last Name                                                  Case number *(if known)* _____

## 2.5

Describe the property that secures the claim:    $ 2,348,709.61      $ 16,000,000.00      $ 0.00

Dept. of Treasury - IRS
Creditor's Name

P.O. Box 7346
Number    Street

Philadelphia PA    19101
City          State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 Federal Tax Lien #LFED00028915 |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

## 2.6

Describe the property that secures the claim:    $ 664,817.48      $ 16,000,000.00      $ 0.00

Dept. of Treasury - IRS
Creditor's Name

P.O. Box 7346
Number    Street

Philadelphia PA    19101
City          State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 Federal Tax Lien #LFED00021255 |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

## 2.7

Describe the property that secures the claim:    $ 27,821.11      $ 16,000,000.00      $ 0.00

Dept. of Treasury - IRS
Creditor's Name

P.O. Box 7346
Number    Street

Philadelphia PA    19101
City          State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 Federal Tax Lien #LFED00021254 |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

Debtor    Stuart A. Schlesinger
_____ _____ _____    Case number *(if known)* _____
First Name   Middle Name   Last Name

---

**2.8**

Describe the property that secures the claim: $ **81,208.00**     $ **16,000,000.00**     $ **0.00**

Donald P. Perry
_____
Creditor's Name

666 Fifth Avenue
_____
Number    Street

New York NY    10019
_____
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____

**Last 4 digits of account number**

---

**2.9**

Describe the property that secures the claim: $ **1,866,285.00**     $ **16,000,000.00**     $ **0.00**

Estate of Sheldon H. Solow
_____
Creditor's Name

c/o Solow Realty
_____
Number    Street

9 West 57th Street
_____

New York NY    10022
_____
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____

**Last 4 digits of account number**

---

**2.10**

Describe the property that secures the claim: $ **400,000.00**     $ **16,000,000.00**     $ **0.00**

Estate of Sheldon H. Solow
_____
Creditor's Name

c/o Solow Realty
_____
Number    Street

9 West 57th Street
_____

New York NY    10022
_____
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____

**Last 4 digits of account number**

---

Debtor    Stuart A. Schlesinger
           First Name    Middle Name    Last Name                                    Case number(if known) _____

---

**2.11**

Describe the property that secures the claim: $ **28,383.08**    $ **16,000,000.00**    $ **0.00**

Estate of Thomas J. Malmud
Creditor's Name

c/o Pryor Cashman LLP
Number    Street

7 Times Square

New York NY    10036
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

186 & 189 Dune Road, Quogue, NY - $16,000,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

---

**2.12**

Describe the property that secures the claim: $ **9,000.00**    $ **16,000,000.00**    $ **0.00**

Gana LLP
Creditor's Name

450 Seventh Avenue
Number    Street

Suite 1

New York NY    10123
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

186 & 189 Dune Road, Quogue, NY - $16,000,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

---

**2.13**

Describe the property that secures the claim: $ **1,175,820.41**    $ **16,000,000.00**    $ **0.00**

Harvey Migden & Simonne Migden
Creditor's Name

7 Balint Drive, Apt. 312
Number    Street

Yonkers NY    10710
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

186 & 189 Dune Road, Quogue, NY - $16,000,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

---

Debtor    Stuart A. Schlesinger    Case number(if known) _____
First Name    Middle Name    Last Name

---

### 2.14

Describe the property that secures the claim: $ **6,950,000.00**    $ **16,000,000.00**    $ **0.00**

HSBC Bank USA, N.A.
Creditor's Name

c/o Fein, Such & Crane LLP
Number    Street

1400 Old Country Rd., Ste. 103N

Westbury NY    11590
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

---

### 2.15

Describe the property that secures the claim: $ **367,487.00**    $ **16,000,000.00**    $ **0.00**

Joel Kassimir
Creditor's Name

10 East 88th Street
Number    Street

New York NY    10128
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

---

### 2.16

Describe the property that secures the claim: $ **56,734.35**    $ **16,000,000.00**    $ **0.00**

Jonathan Gana
Creditor's Name

21 South End Avenue
Number    Street

Apt. 425

New York NY    10280
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

---

Debtor  Stuart A. Schlesinger

First Name    Middle Name    Last Name

Case number *(if known)* _____

---

**2.17**

Describe the property that secures the claim:  $ **80,090.46**    $ **0.00**
$ **16,000,000.00**

Jonee Sopher
Creditor's Name

502 Park Avenue
Number    Street

Apt. 18A

New York NY    10022
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**

---

**2.18**

Describe the property that secures the claim:  $ **204,121.26**    $ **0.00**
$ **16,000,000.00**

Joseph Moinian
Creditor's Name

3 Columbus Circle
Number    Street

26th Floor

New York NY    10019
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**

---

**2.19**

Describe the property that secures the claim:  $ **258,469.00**    $ **0.00**
$ **16,000,000.00**

Lifeline Funding, LLC
Creditor's Name

c/o Howard R. Vargas, Esq.
Number    Street

79 Meadowland Street

Delmar NY    12054
City    State    ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**

---

Debtor   Stuart A. Schlesinger
_____
First Name    Middle Name    Last Name                                   Case number(if known) _____

**2.20**

Describe the property that secures the claim:  $ 956,000.00        $ 0.00

$ 16,000,000.00

Luczak Albin
_____
Creditor's Name

c/o Dustin Bowman, Esq.
_____
Number    Street

25-10 Queens Blvd., Ste. 218
_____

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

Kew Gardens NY    11415
_____
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

- [ ] **Check if this claim relates to a community debt**

**Last 4 digits of account number**

Date debt was incurred _____

**2.21**

Describe the property that secures the claim:  $ 241,389.64       $ 0.00

$ 16,000,000.00

Michael W. Steinhardt
_____
Creditor's Name

1158 Fifth Avenue
_____
Number    Street

Apt. 16A
_____

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

New York NY    10029
_____
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

- [ ] **Check if this claim relates to a community debt**

**Last 4 digits of account number**

Date debt was incurred _____

**2.22**

Describe the property that secures the claim:  $ 679,515.97       $ 0.00

$ 16,000,000.00

NYS Dept. of Taxation and Finance
_____
Creditor's Name

Bankruptcy/Special Procedures
_____
Number    Street

P. O. Box 5300
_____

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 State Tax Warrant #E002118760W0447 |

Albany NY    12205
_____
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

- [ ] **Check if this claim relates to a community debt**

**Last 4 digits of account number**

Date debt was incurred _____

## 2.23

Describe the property that secures the claim: $ **170,569.72**    $ **16,000,000.00**    $ **0.00**

NYS Dept. of Taxation and Finance
Creditor's Name

Bankruptcy/Special Procedures
Number    Street

P. O. Box 5300

Albany NY    12205
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

186 & 189 Dune Road, Quogue, NY - $16,000,000.00 State Tax Warrant #E002118760W0251

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

## 2.24

Describe the property that secures the claim: $ **32,585.85**    $ **16,000,000.00**    $ **0.00**

NYS Dept. of Taxation and Finance
Creditor's Name

Bankruptcy/Special Procedures
Number    Street

P. O. Box 5300

Albany NY    12205
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

186 & 189 Dune Road, Quogue, NY - $16,000,000.00 State Tax Warrant #E002118760W0279

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

## 2.25

Describe the property that secures the claim: $ **58,846.98**    $ **16,000,000.00**    $ **0.00**

NYS Dept. of Taxation and Finance
Creditor's Name

Bankruptcy/Special Procedures
Number    Street

P. O. Box 5300

Brooklyn NY    11205
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

186 & 189 Dune Road, Quogue, NY - $16,000,000.00 State Tax Warrant #E002118760W0361

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

Debtor    Stuart A. Schlesinger
          First Name    Middle Name    Last Name

Case number *(if known)* _____

---

**2.26**

Describe the property that secures the claim:    $ 540,888.98    $ 0.00
$ 16,000,000.00

Peach Tree Funding Northeast LLC
Creditor's Name

201 King of Prussia Road
Number    Street

Wayne PA    19087
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

---

**2.27**

Describe the property that secures the claim:    $ 16,305.00    $ 0.00
$ 16,000,000.00

Quogue Sinclair Fuel Inc.
Creditor's Name

c/o Nicholas J. Damadeo, P.C.
Number    Street

27 West Neck Road

Huntington NY    11743
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

---

**2.28**

Describe the property that secures the claim:    $ 1,820,643.00    $ 0.00
$ 16,000,000.00

Rebecca Geffner
Creditor's Name

c/o Sullivan Papain et al.
Number    Street

120 Broadway, 27th Floor

New York NY    10271
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

---

Debtor   Stuart A. Schlesinger
First Name   Middle Name   Last Name

Case number*(if known)* _____

| | | | |
|---|---|---|---|
| **2.29** | Describe the property that secures the claim: | $ 210,550.00 | $ 0.00 |

$ 16,000,000.00

RJC Funding LLC
Creditor's Name

27 Jane Street
Number     Street

Closter NJ     07624
City     State     ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |
|---|

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| | | | |
|---|---|---|---|
| **2.30** | Describe the property that secures the claim: | $ 600,000.00 | $ 0.00 |

$ 16,000,000.00

Signature Bank
Creditor's Name

565 Fifth Avenue
Number     Street

New York NY     10017
City     State     ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |
|---|

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| | | | |
|---|---|---|---|
| **2.31** | Describe the property that secures the claim: | $ 75,000.00 | $ 0.00 |

$ 16,000,000.00

Steven M. Cherniak
Creditor's Name

2137 Seneca Place
Number     Street

Merrick NY     11566
City     State     ZIP Code

| 186 & 189 Dune Road, Quogue, NY - $16,000,000.00 |
|---|

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

Debtor    Stuart A. Schlesinger
          First Name    Middle Name    Last Name                                    Case number *(if known)* _____

---

**2.32**

Describe the property that secures the claim:    $ 79,601.50    $ 16,000,000.00    $ 0.00

Steven M. Cherniak
Creditor's Name

2137 Seneca Place
Number    Street

Merrick NY    11566
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

186 & 189 Dune Road, Quogue, NY - $16,000,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number _____

---

**2.33**

Describe the property that secures the claim:    $ 846,898.00    $ 16,000,000.00    $ 0.00

U.S. Dept. of Justice
Creditor's Name

c/o U.S. Attorney - Financial Litigation
Number    Street

Unit

86 Chambers St., 3rd Fl. - Attn: Melissa

Childs

New York NY    10007
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

186 & 189 Dune Road, Quogue, NY - $16,000,000.00 Federal Lien for Restitution

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 21,867,030.21

---

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed in Part 1

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Clerk of the United States District Court
Creditor's Name

Southern District of New York
Number    Street

500 Pearl Street

New York NY    10007
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.33

Last 4 digits of account number _____

---

Debtor      Stuart A. Schlesinger
            First Name    Middle Name    Last Name                                    Case number (if known) _____

| | |
|---|---|
| Farrell Fritz P.C. | On which line in Part 1 did you enter the creditor? 2.15 |
| Creditor's Name | Last 4 digits of account number _____ |
| 622 Third Avenue | |
| Number    Street | |
| Suite 37200 | |
| | |
| New York NY    10017 | |
| City    State    ZIP Code | |
| Gana LLP | On which line in Part 1 did you enter the creditor? 2.16 |
| Creditor's Name | Last 4 digits of account number _____ |
| 450 Seventh Avenue | |
| Number    Street | |
| Suite 1 | |
| | |
| New York NY    10123 | |
| City    State    ZIP Code | |
| Gana LLP | On which line in Part 1 did you enter the creditor? 2.8 |
| Creditor's Name | Last 4 digits of account number _____ |
| 450 Seventh Avenue | |
| Number    Street | |
| Suite 1 | |
| | |
| New York NY    10123 | |
| City    State    ZIP Code | |
| Gana LLP | On which line in Part 1 did you enter the creditor? 2.1 |
| Creditor's Name | Last 4 digits of account number _____ |
| 450 Seventh Avenue | |
| Number    Street | |
| Suite 1 | |
| | |
| New York NY    10123 | |
| City    State    ZIP Code | |
| Gordon & Gordon P.C. | On which line in Part 1 did you enter the creditor? 2.18 |
| Creditor's Name | Last 4 digits of account number _____ |
| 108-18 Queens Blvd. | |
| Number    Street | |
| 6th Floor | |
| | |
| Forest Hills NY    11375 | |
| City    State    ZIP Code | |
| Harwood Reiff LLC | On which line in Part 1 did you enter the creditor? 2.31 |
| Creditor's Name | Last 4 digits of account number _____ |
| 370 Lexington Avenue | |
| Number    Street | |
| Suite 505 | |
| | |
| New York NY    10017 | |
| City    State    ZIP Code | |
| Harwood Reiff LLC | On which line in Part 1 did you enter the creditor? 2.32 |
| Creditor's Name | Last 4 digits of account number _____ |
| 370 Lexington Avenue | |
| Number    Street | |
| Suite 505 | |
| | |
| New York NY    10017 | |
| City    State    ZIP Code | |
| Law Office of David J. Shapiro, P.C. | On which line in Part 1 did you enter the creditor? 2.21 |
| Creditor's Name | Last 4 digits of account number _____ |
| 43 West 43rd Street, #45 | |
| Number    Street | |
| New York NY    10036 | |
| City    State    ZIP Code | |

Debtor    Stuart A. Schlesinger
_____    Case number(if known) _____
First Name    Middle Name    Last Name

| | |
|---|---|
| Law Offices of Raul L. Sloezen | On which line in Part 1 did you enter the creditor? 2.19 |
| Creditor's Name | Last 4 digits of account number _____ |
| 18 Hasbrouck Avenue | |
| Number    Street | |
| Emerson NJ    07630 | |
| City    State    ZIP Code | |
| Olshan Frome Wolosky LLP | On which line in Part 1 did you enter the creditor? 2.29 |
| Creditor's Name | Last 4 digits of account number _____ |
| 66 East 55th Street | |
| Number    Street | |
| New York NY    10022 | |
| City    State    ZIP Code | |
| Platzer Swergold | On which line in Part 1 did you enter the creditor? 2.30 |
| Creditor's Name | Last 4 digits of account number _____ |
| 475 Park Avenue South | |
| Number    Street | |
| 18th Floor | |
| | |
| New York NY    10016 | |
| City    State    ZIP Code | |
| Shearman & Sterling LLP | On which line in Part 1 did you enter the creditor? 2.10 |
| Creditor's Name | Last 4 digits of account number _____ |
| 599 Lexington Avenue | |
| Number    Street | |
| New York NY    10022 | |
| City    State    ZIP Code | |
| Shearman & Sterling LLP | On which line in Part 1 did you enter the creditor? 2.9 |
| Creditor's Name | Last 4 digits of account number _____ |
| 599 Lexington Avenue | |
| Number    Street | |
| New York NY    10022 | |
| City    State    ZIP Code | |
| Simonne Migden | On which line in Part 1 did you enter the creditor? 2.13 |
| Creditor's Name | Last 4 digits of account number _____ |
| 1415 Inglis Avenue | |
| Number    Street | |
| Columbus OH    43212 | |
| City    State    ZIP Code | |
| The Schutzer Group, PLLC | On which line in Part 1 did you enter the creditor? 2.13 |
| Creditor's Name | Last 4 digits of account number _____ |
| 330 Seventh Avenue, 15th Floor | |
| Number    Street | |
| New York NY    10001 | |
| City    State    ZIP Code | |
| U.S. Attorney | On which line in Part 1 did you enter the creditor? 2.33 |
| Creditor's Name | Last 4 digits of account number _____ |
| 1 Saint Andrews Plaza | |
| Number    Street | |
| Attn: John E. Gura, Jr., Esq. | |
| | |
| New York NY    10007 | |
| City    State    ZIP Code | |
| Wuersch & Gering LLP | On which line in Part 1 did you enter the creditor? 2.17 |
| Creditor's Name | Last 4 digits of account number _____ |
| 100 Wall Street | |
| Number    Street | |
| 10th Floor | |
| | |
| New York NY    10005 | |
| City    State    ZIP Code | |
| Yankwitt LLP | On which line in Part 1 did you enter the creditor? 2.26 |
| Creditor's Name | Last 4 digits of account number _____ |
| 140 Grand Street, #501 | |
| Number    Street | |
| White Plains NY    10601 | |
| City    State    ZIP Code | |

Debtor     Stuart A. Schlesinger
           First Name        Middle Name        Last Name

Case number(*if known*) _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Stuart A. Schlesinger |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if know) | |

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing else to report in this part. Submit to the court with your other schedules.
☑ Yes. Fill in all of the information below.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | Estate of Stephen Markelson | Last 4 digits of account number _____ | $ 125,000.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | When was the debt incurred? _____ | |

45 Central Park West
Number    Street
New York NY    10023
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Debtor    Stuart A. Schlesinger    Case number *(if known)*
First Name    Middle Name    Last Name

---

**4.2** Fred Schwalbe
Nonpriority Creditor's Name

14 East 75th Street
Number    Street

New York NY    10021
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 243,750.00

---

**4.3** Howard Slonim
Nonpriority Creditor's Name

225 E. 73rd Street
Number    Street

New York NY    10021
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 79,050.00

---

**4.4** Lawyer's Fund for Client Protection
Nonpriority Creditor's Name

119 Washington Avenue
Number    Street

Albany NY    12210
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 4,702,119.00

---

Debtor    Stuart A. Schlesinger
First Name    Middle Name    Last Name

Case number *(if known)* _____

---

| 4.5 | Linda Schlesinger |
| | Nonpriority Creditor's Name |

501 East 87th Street
Number    Street

Apt. 12G

New York NY    10128
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 1,000,000.00

---

| 4.6 | Marc Packer |
| | Nonpriority Creditor's Name |

82 Rose Hill Road
Number    Street

Water Mill NY    11976
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 100,000.00

---

| 4.7 | Mark Perlbinder |
| | Nonpriority Creditor's Name |

635 Daniels Lane
Number    Street

Sagaponack NY    11962
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 100,000.00

---

Debtor    Stuart A. Schlesinger
First Name    Middle Name    Last Name                    Case number(if known) _____

| 4.8 | Ralph Lauren | Last 4 digits of account number _____ | $ 1,000,000.00 |

**4.8**

Ralph Lauren
Nonpriority Creditor's Name

650 Madison Avenue
Number    Street

New York NY    10022
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 1,000,000.00

---

**4.9**

Sheldon Schiff
Nonpriority Creditor's Name

280 Pepperidge Road
Number    Street

Hewlett NY    11557
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 150,000.00

---

**4.10**

Stephen Lefkowitz
Nonpriority Creditor's Name

530 LaGuardia Place
Number    Street

New York NY    10012
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 75,000.00

Debtor ___ Stuart A. Schlesinger _____   Case number *(if known)* _____
       First Name    Middle Name    Last Name

---

| 4.11 | **Steven Roth** |
|---|---|

Nonpriority Creditor's Name

888 Seventh Avenue
Number    Street

New York NY    10019
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 250,000.00

---

| 4.12 | **Steve Tzolis** |
|---|---|

Nonpriority Creditor's Name

c/o Il Cantinori
Number    Street

32 East 10th Street

New York NY    10003
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 75,000.00

---

| 4.13 | **William Mack** |
|---|---|

Nonpriority Creditor's Name

60 Columbus Circle
Number    Street

New York NY    10019
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 50,000.00

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

Debtor    Stuart A. Schlesinger
          First Name    Middle Name    Last Name

Case number *(if known)* _____

Total claim

**Total claims from Part 1**

6a. **Domestic support obligations**    6a. $ 0.00 _____

6b. **Taxes and certain other debts you owe the government**    6b. $ 0.00 _____

6c. **Claims for death or personal injury while you were intoxicated**    6c. $ 0.00 _____

6d. **Other.** Add all other priority unsecured claims. Write that amount here.    6d. $ 0.00 _____

6e. **Total.** Add lines 6a through 6d.    6e. $ 0.00 _____

Total claim

**Total claims from Part 2**

6f. **Student loans**    6f. $ 0.00 _____

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**    6g. $ 0.00 _____

6h. **Debts to pension or profit-sharing plans, and other similar debts**    6h. $ 0.00 _____

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.    6i. $ 7,949,919.00 _____

6j. **Total.** Add lines 6f through 6i.    6j. $ 7,949,919.00 _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Stuart A. Schlesinger |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: Southern District of New York

Case number
(if know) _____

☐ Check if this is
an amended
filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

|  | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | Solow Management<br>Name<br>9 West 57th Street<br>Street<br>New York NY    10019<br>City    State    ZIP Code | Apartment Lease for 501 E. 87th St., Apt. 12G, New York, NY |
| 2.2 | Douglas Elliman Real Estate<br>Name<br>138 Main Street P.O. Box 2330<br>Street<br>Sag Harbor NY    11963<br>City    State    ZIP Code | Exclusive Right to Sell Agreement & Exclusive Right to Lease Agreement Re: 186 Dune Road |
| 2.3 | James Ostrander, Executrix of the Estate of Simone and Harvey Migden<br>Name<br>c/o The Schutzer Group PLLC 330 Seventh Avenue, 15th Fl.<br>Street<br>New York NY    10001<br>City    State    ZIP Code | Agreement to sell personal property to satisfy judgment |

**Fill in this information to identify your case:**

Debtor 1    Stuart A. Schlesinger
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number
(if know)

☐ Check if this is
   an amended
   filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1:  Your codebtor | Column 2:  The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.1**
Linda Schlesinger
Name
501 East 87th Street Apt. 12G
Street
New York          NY      10128
City              State   ZIP Code

☑ Schedule D, line  2.30
☐ Schedule E/F, line  _____
☐ Schedule G, line  _____

**3.2**
Linda Schlesinger
Name
501 East 87th Street Apt. 12G
Street
New York          NY      10128
City              State   ZIP Code

☑ Schedule D, line  2.14
☐ Schedule E/F, line  _____
☐ Schedule G, line  _____

**3.3**
Julien & Schlesinger, P.C.
Name
1 Whitehall Street 17th Floor
Street
New York          NJ      10004
City              State   ZIP Code

☑ Schedule D, line  2.19
☐ Schedule E/F, line  _____
☐ Schedule G, line  _____

**3.4**
Julien & Schlesinger, P.C.
Name
1 Whitehall Street 17th Floor
Street
New York          NJ      10004
City              State   ZIP Code

☑ Schedule D, line  2.29
☐ Schedule E/F, line  _____
☐ Schedule G, line  _____

Debtor    Stuart A. Schlesinger
         First Name    Middle Name    Last Name                                    Case number(if known) _____

| 3.5 | Julien & Schlesinger, P.C. | ☑ Schedule D, line 2.24 |
| | Name | ☐ Schedule E/F, line _____ |
| | 1 Whitehall Street 17th Floor | ☐ Schedule G, line _____ |
| | Street | |
| | New York              NJ      10004 | |
| | City                State    ZIP Code | |

| 3.6 | Julien & Schlesinger, P.C. | ☑ Schedule D, line 2.17 |
| | Name | ☐ Schedule E/F, line _____ |
| | 1 Whitehall Street 17th Floor | ☐ Schedule G, line _____ |
| | Street | |
| | New York              NJ      10004 | |
| | City                State    ZIP Code | |

| 3.7 | Julien & Schlesinger, P.C. | ☑ Schedule D, line 2.20 |
| | Name | ☐ Schedule E/F, line _____ |
| | 1 Whitehall Street 17th Floor | ☐ Schedule G, line _____ |
| | Street | |
| | New York              NJ      10004 | |
| | City                State    ZIP Code | |

| 3.8 | Julien & Schlesinger, P.C. | ☑ Schedule D, line 2.26 |
| | Name | ☐ Schedule E/F, line _____ |
| | 1 Whitehall Street 17th Floor | ☐ Schedule G, line _____ |
| | Street | |
| | New York              NJ      10004 | |
| | City                State    ZIP Code | |

| 3.9 | Julien & Schlesinger, P.C. | ☑ Schedule D, line 2.22 |
| | Name | ☐ Schedule E/F, line _____ |
| | 1 Whitehall Street 17th Floor | ☐ Schedule G, line _____ |
| | Street | |
| | New York              NJ      10004 | |
| | City                State    ZIP Code | |

| 3.10 | Julien & Schlesinger, P.C. | ☑ Schedule D, line 2.23 |
| | Name | ☐ Schedule E/F, line _____ |
| | 1 Whitehall Street 17th Floor | ☐ Schedule G, line _____ |
| | Street | |
| | New York              NJ      10004 | |
| | City                State    ZIP Code | |

| 3.11 | Julien & Schlesinger, P.C. | ☑ Schedule D, line 2.28 |
| | Name | ☐ Schedule E/F, line _____ |
| | 1 Whitehall Street 17th Floor | ☐ Schedule G, line _____ |
| | Street | |
| | New York              NJ      10004 | |
| | City                State    ZIP Code | |

| 3.12 | Richard A. Robbins, Esq. | ☑ Schedule D, line 2.28 |
| | Name | ☐ Schedule E/F, line _____ |
| | One Whitehall Street 17th Floor | ☐ Schedule G, line _____ |
| | Street | |
| | New York              NJ      10004 | |
| | City                State    ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | Stuart A. Schlesinger | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of New York

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | Real Estate Broker |
| **Employer's name** | | Admila, Inc. |
| **Employer's address** | | 186 Dune Road |
| | Number   Street | Number   Street |
| | | |
| | | Quogue, NY 11959 |
| | City   State   ZIP Code | City   State   ZIP Code |
| **How long employed there?** | | 3 Years |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 1.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 1.00 |

Debtor 1   Stuart A. Schlesinger
_____
First Name      Middle Name      Last Name

Case number (if known)_____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ..................................................➔ | 4. | $ 0.00 | $ 1.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 1.00 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 2,839.00 | $ 1,315.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2,839.00 | $ 1,315.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,839.00 + $ 1,316.00 = | $ 4,155.00 |

**11. State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ _____

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 4,155.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1     Stuart A. Schlesinger
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of New York
                                                            (State)

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**          ☑ No

   Do not list Debtor 1 and          ☐ Yes. Fill out this information for
   Debtor 2.                                 each dependent...........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include**          ☑ No
   **expenses of people other than**    ☐ Yes
   **yourself and your dependents?**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 100.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 1,250.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 55.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 1,000.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    Stuart A. Schlesinger
            First Name    Middle Name    Last Name          Case number *(if known)*_____

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |

6. **Utilities:**

| | | | |
|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ 750.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 100.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 320.00 |
| 6d. | Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,000.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. | **Personal care products and services** | 10. | $ 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 290.00 |
| 15c. | Vehicle insurance | 15c. | $ 0.00 |
| 15d. | Other insurance. Specify:_____ | 15d. | $ 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.    $ 0.00

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify:_____ | 17c. | $ 0.00 |
| 17d. | Other. Specify:_____ | 17d. | $ 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ 0.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1 ___Stuart A. Schlesinger_____    Case number *(if known)*_____
First Name    Middle Name    Last Name

21. **Other**. Specify:_____    21.  +$_____0.00

_____    +$_____

_____    +$_____

22.   **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.  $_____5,265.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.  $_____

and 22b. The result is your monthly expenses.    22c.  $_____5,265.00

23.   **Calculate your monthly net income.**

23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $_____4,155.00

23b.   Copy your monthly expenses from line 22c above.    23b.  −$_____5,265.00

23c.   Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.  $_____−1,110.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1   Stuart A. Schlesinger
           First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the Southern District of New York

Case number
(If known)   _____

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules        12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Stuart A. Schlesinger                              ✖ _____
Signature of Debtor 1                                        Signature of Debtor 2

Date  01/24/2023                                            Date _____
      MM / DD / YYYY                                              MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1 ___Stuart A. Schlesinger___
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number _____
(if know)

☐ Check if this is
an amended
filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

## Part 2:    Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | Social Security | $ 2,840.00 | _____ | _____ |
| For last calendar year:<br><br>(January 1 to December 31, _2022_ ) | Rental Income (Joint) | $ 340,000.00 | _____ | _____ |
| | Social Security | $ 34,190.00 | _____ | _____ |

Debtor  Stuart A. Schlesinger
        First Name    Middle Name    Last Name                    Case number(if known) _____

| For the calendar year before that: | Social Security | $ 31,200.00 | _____ | _____ |
|---|---|---|---|---|
| (January 1 to December 31, 2021 | Rental Income (Joint) | $ 238,940.00 | _____ | _____ |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title:<br>HSBC Bank USA, N.A. v. Stuart A. Schlesinger, et al.<br>Case number: 602633/2015 | Foreclosure | Supreme Court of the State of New York<br>Court Name<br>County of Suffolk<br>Number    Street<br><br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Stuart A. Schlesinger | | Case number(if known) _____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| Case title:<br>The Padded Wagon Inc. v.<br>Stuart Schlesinger and Linda<br>Schlesinger<br>Case number: 22845/2019E | Debt Collection | Supreme Court of the State of New York<br>Court Name<br>County of Bronx<br>Number   Street<br><br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No
☐ Yes. Fill in the details for each gift.

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Pick & Zabicki LLP<br>Person Who Was Paid<br><br>Number   Street<br><br>City   State   ZIP Code<br><br>Email or website address<br>Linda Schlesinger<br>Person Who Made the Payment, if Not You | $12,000 Professional Retainer for Pre-Bankruptcy Legal Services and Expenses $10,000 Professional Retainer for Pre and Post-Bankruptcy Legal Services and Expenses | 10/05/2022<br>01/26/2023 | $ 12,000.00<br>$ 10,000.00 |

| Debtor | Stuart A. Schlesinger | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Metro Self Storage | Linda Schlesinger | Miscellaneous clothes and personal papers | ☐ No |
| Name of Storage Facility | Name | | ☑ Yes |
| 105 Old Riverhead Road | | | |
| Number    Street | Number    Street | | |
| Westhampton Beach NY    11978 | | | |
| City                State    ZIP Code | City    State    ZIP Code | | |

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| **Part 10:** | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor    Stuart A. Schlesinger                            Case number *(if known)* _____
           First Name    Middle Name    Last Name

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

---

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| Julien & Schlesinger, P.C. | **Describe the nature of the business** | **Employer Identification number** |
| Business Name | | **Do not include Social Security number or ITIN.** |
| | Law Firm (Operations Ceased - Only Collecting Receivables) | |
| Number    Street | | EIN: <u>1</u>  <u>2</u> – <u>3</u>  <u>4</u>  <u>5</u>  <u>6</u>  <u>7</u>  <u>8</u>  <u>9</u> |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| City    State    ZIP Code | | From <u>07/26/1971</u>  To <u>Current</u> |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

---

Debtor    Stuart A. Schlesinger                                              Case number*(if known)*_____
_____
First Name        Middle Name        Last Name

---

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Stuart A. Schlesinger _____    ✖ _____
　　Signature of Debtor 1                                     Signature of Debtor 2

Date  01/24/2023                                               Date _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice,
Declaration, and Signature (Official Form 119).

---

**Fill in this information to identify your case:**

Debtor 1  Stuart A. Schlesinger
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number
(if known)  _____

☐ Check if this is an amended filing

Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11  (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 1.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 | Copy here➔ | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here➔ | $ 0.00 | $ 0.00 |

Debtor 1 _Stuart A. Schlesinger_
First Name    Middle Name    Last Name

Case number (if known)_____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|

**7. Interest, dividends, and royalties**  $ 0.00   $ 0.00

**8. Unemployment compensation**  $ 0.00   $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ............................ ↓

For you ......................................................... $ _____

For your spouse ............................................. $ _____

9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ 0.00   $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

$ 0.00   $ 0.00

$ 0.00   $ 0.00

+ $ 0.00   + $ 0.00

Total amounts from separate pages, if any.

| $ 0.00 | + | $ 1.00 | = | $ 1.00 |
|---|---|---|---|---|

**Total current monthly income**

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

---

**Part 2:    Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✖ /s/ Stuart A. Schlesinger _(signature)_          ✖ _____

Signature of Debtor 1                                    Signature of Debtor 2

Date 01/24/2023                                           Date 01/24/2023
MM / DD / YYYY                                            MM / DD / YYYY

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of New York

In re  Stuart A. Schlesinger

Case No. _____

**Debtor**

Chapter 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 10,000.00 _____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 515.00 _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify)  Linda Schlesinger

3. The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/26/2023

*Date*

/s/ Douglas Pick, 1743996

*Signature of Attorney*

Pick & Zabicki LLP

*Name of law firm*
369 Lexington Avenue
12th Floor
New York City, NY 10017

United States Bankruptcy Court

Southern District of New York

In re:  Stuart A. Schlesinger

Case No.

Chapter    11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____01/24/2023_____          /s/ Stuart A. Schlesinger
                                        Signature of Debtor


                                        _____
                                        Signature of Joint Debtor

CreditorMatrix

Adam Gana
21 South End Avenue
Apt. 425
New York, NY 10280

Clerk of the United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dept. of Treasury - IRS
P.O. Box 7346
Philadelphia, PA 19101

Donald P. Perry
666 Fifth Avenue
New York, NY 10019

Douglas Elliman Real Estate
138 Main Street
P.O. Box 2330
Sag Harbor, NY 11963

Estate of Sheldon H. Solow
c/o Solow Realty
9 West 57th Street
New York, NY 10022

Estate of Stephen Markelson
45 Central Park West
New York, NY 10023

Estate of Thomas J. Malmud
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036

Farrell Fritz P.C.
622 Third Avenue
Suite 37200
New York, NY 10017

Fred Schwalbe
14 East 75th Street
New York, NY 10021

Gana LLP
450 Seventh Avenue

Page 1

CreditorMatrix

Suite 1
New York, NY 10123

Gordon & Gordon P.C.
108-18 Queens Blvd.
6th Floor
Forest Hills, NY 11375

Harvey Migden & Simonne Migden
7 Balint Drive, Apt. 312
Yonkers, NY 10710

Harwood Reiff LLC
370 Lexington Avenue
Suite 505
New York, NY 10017

Howard Slonim
225 E. 73rd Street
New York, NY 10021

HSBC Bank USA, N.A.
c/o Fein, Such & Crane LLP
1400 Old Country Rd., Ste. 103N
Westbury, NY 11590

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James  Ostrander, Executrix of the Estate of
c/o The Schutzer Group PLLC
330 Seventh Avenue, 15th Fl.
New York, NY 10001

Joel Kassimir
10 East 88th Street
New York, NY 10128

Jonathan Gana
21 South End Avenue
Apt. 425
New York, NY 10280

Jonee Sopher
502 Park Avenue
Apt. 18A
New York, NY 10022

CreditorMatrix

Joseph Moinian
3 Columbus Circle
26th Floor
New York, NY 10019

Julien & Schlesinger, P.C.
1 Whitehall Street
17th Floor
New York, NJ 10004

Law Office of David J. Shapiro, P.C.
43 West 43rd Street, #45
New York, NY 10036

Law Offices of Raul L. Sloezen
18 Hasbrouck Avenue
Emerson, NJ 07630

Lawyer's Fund for Client Protection
119 Washington Avenue
Albany, NY 12210

Lifeline Funding, LLC
c/o Howard R. Vargas, Esq.
79 Meadowland Street
Delmar, NY 12054

Linda Schlesinger
501 East 87th Street
Apt. 12G
New York, NY 10128

Luczak Albin
c/o Dustin Bowman, Esq.
25-10 Queens Blvd., Ste. 218
Kew Gardens, NY 11415

Marc Packer
82 Rose Hill Road
Water Mill, NY 11976

Mark Perlbinder
635 Daniels Lane
Sagaponack, NY 11962

Michael W. Steinhardt
1158 Fifth Avenue

CreditorMatrix

Apt. 16A
New York, NY 10029

NYC Dept. of Finance
66 John Street
2nd Floor, Legal Dept.
New York, NY 10038

NYC Law Dept.
100 Church Street
New York, NY 10007

NYS Attorney General
28 Liberty Street
New York, NY 10005

NYS Dept. of Labor
WA Harriman Campus
Building 12, #256
Albany, NY 12240

NYS Dept. of Taxation and Finance
Bankruptcy/Special Procedures
P. O. Box 5300
Brooklyn, NY 11205

NYS Dept. of Taxation and Finance
Bankruptcy/Special Procedures
P. O. Box 5300
Albany, NY 12205

NYS Dept. of Taxation and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201

Office of the U.S. Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004

Olshan Frome Wolosky  LLP
66 East 55th Street
New York, NY 10022

Page 4

CreditorMatrix

Peach Tree Funding Northeast LLC
201 King of Prussia Road
Wayne, PA 19087

Pick & Zabicki LLP
369 Lexington Avenue
12th Floor
New York, NY 10017

Platzer Swergold
475 Park Avenue South
18th Floor
New York, NY 10016

Quogue Sinclair Fuel Inc.
c/o Nicholas J. Damadeo, P.C.
27 West Neck Road
Huntington, NY 11743

Ralph Lauren
650 Madison Avenue
New York, NY 10022

Rebecca Geffner
c/o Sullivan Papain et al.
120 Broadway, 27th Floor
New York, NY 10271

Richard A. Robbins, Esq.
One Whitehall Street
17th Floor
New York, NJ 10004

RJC Funding LLC
27 Jane Street
Closter, NJ 07624

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Sheldon Schiff
280 Pepperidge Road
Hewlett, NY 11557

Signature Bank
565 Fifth Avenue

CreditorMatrix

New York, NY 10017


Simonne Migden
1415 Inglis Avenue
Columbus, OH 43212


Solow Management
9 West 57th Street
New York, NY 10019


Stephen Lefkowitz
530 LaGuardia Place
New York, NY 10012


Steve Tzolis
c/o Il Cantinori
32 East 10th Street
New York, NY 10003


Steven M. Cherniak
2137 Seneca Place
Merrick, NY 11566


Steven Roth
888 Seventh Avenue
New York, NY 10019


The Schutzer Group, PLLC
330 Seventh Avenue, 15th Floor
New York, NY 10001


U.S. Attorney
1 Saint Andrews Plaza
Attn: John E. Gura, Jr., Esq.
New York, NY 10007


U.S. Dept. of Justice
c/o U.S. Attorney - Financial Litigation
86 Chambers St., 3rd Fl. - Attn: Melissa
New York, NY 10007


U.S. Dept. of Justice
Box 55
Washington, DC 20044


United States Attorney
One St. Andrews Plaza
Claims Unit

CreditorMatrix

New York, NY 10007

William Mack
60 Columbus Circle
New York, NY 10019

Wuersch & Gering LLP
100 Wall Street
10th Floor
New York, NY 10005

Yankwitt LLP
140 Grand Street, #501
White Plains, NY 10601